UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re TONY JOSEPH, #987950929,

Plaintiff.

Case No. 23-cv-02967-CRB  (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 24, 2023, the post office returned the court's mail to plaintiff as undeliverable because plaintiff is "no longer" at Lafourche Parish Detention Center in Thibodaux, LA.  ECF No. 4 at 1.  Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 26, 2023

_____

CHARLES R. BREYER
United States District Judge